FILED
09 DEC 23 PM 3:22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EVELYN MARYSELA RUIZ (2),<br><br>    Defendant. | Criminal Case No. 09CR3845-H<br><br>**ORDER DISMISSING INDICTMENT AS TO DEFENDANT RUIZ** |

### ORDER

Upon request of the United States and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment charging Defendant Evelyn Marysela Ruiz with Importation of Methamphetamine and Possession of Methamphetamine with Intent to Distribute, in violation of Title 21, United States Code, Sections 952 & 960 and 841, filed on March 12, 2008, be dismissed without prejudice only as to Defendant Ruiz.

DATED: 12/23/09

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

1